**Form to be used by a prisoner filing a civil rights complaint under THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

RECEIVED

AUG 1 7 2015

TONY H. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY: _____ BW

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**

5:15-cv-2204 Sec P

Gerald Williams 228185
_____
Full Name of Plaintiff, Prisoner Number

Civil Action
_____

VS.

Judge
_____

Warden Jerry Goodwin
_____
Defendant
        Et Al

Magistrate Judge
_____

## COMPLAINT

I.   **Previous Lawsuits**

   A.   Have you begun any other lawsuit while incarcerated or detained in any facility?
        Yes ☐            No ☒

   B.   If your answer to the preceding question is yes, provide the following information.

        1.   State the court(s) where each lawsuit was filed (if federal, identify the District; if state court, identify the county or parish):

             N/A

             _____

             _____

        2.   Name the parties to the previous lawsuit(s):

             Plaintiffs:   _____ N/A _____

             Defendants:   _____ N/A _____

        3.   Docket number(s): _____ N/A _____

        4.   Date(s) on which each lawsuit was filed: _____ N/A _____

        5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

             N/A

             _____

2

C. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐          No ☒

If your answer to the preceding question is yes, state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____ N/A _____

_____

II. A. **Name of institution and address of current place of confinement:**

DAViD WADE Cor. Ct. 670 Bell Hill Rd, Homer. La.

B. Is there a prison grievance procedure in this institution?

Yes ☒          No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☒          No ☐

If Yes, what is the Administrative Remedy Procedure number? 2014-1240

SEE Attached

2. If you did not file an administrative grievance, explain why you have not done so.

_____ N/A _____

_____

3. If you filed an administrative grievance, answer the following question.

What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

their is "NO" Step-3, Done Every-
thing that is Require to do

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III. **Parties to Current Lawsuit:**

A.   Name of Plaintiff GERALD WilliAMS #228185

Address 670 Bell Hill RD. Homer, LA. 71040

B.   Defendant, Col. Lonnie Nail_____, is employed as

Colonel_____ at DWCC_____.

Defendant, WARDEN JERRY Goodwin_____, is employed as

O WARDEN_____ at DWCC_____.

Defendant, DR. HEARNS_____, is employed as

DWCC Doctor_____ at DWCC_____.

Additional defendants DR Fuller, DWCC_____

## IV. Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

I

The Defendants ARE fully deliberated Indifferent to my Safety & Health.

II

The Defendant's Knew of Safety Violations And concerns in the Max-Security Units, with the Top Bunks in Cells with "No" Ladders or Safety Rails

(Continue to Next Page)
↓

4

_____

_____

_____

### V.  Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

_____ SEE Attached Sheet _____

_____

_____

### VI.  Plaintiff's Declaration

A.  **I declare under penalty of perjury that all of the facts represented in this complaint and any attachments hereto is true and correct.**

B.  I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

C.  I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

Signed this x 11 day of x August , 2015 .

# 228185

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

x Donald Williams

Signature of Plaintiff

5/97

5

### III

Plaintiff Gerald Williams Rolled off while sleeping and crashed to the Floor, thus Breaking his Finger.

### IV

Plaintiff Gerald William was treated at LSU Shreveport were their Doctors placed a Medical Cast/Splint on the Broken Finger.

### V

When Plaintiff Gerald William got back to D.W.C.C. Medical Staff per orders of Dr. Hearns And Dr. Fuller, intentionally change Proscribtions And Removed my Cast/Splint, And Replaced with a Pop-sicle Stick, thus intentionally delaying And interfering with proscribed treatment By Medical Staff at LSU.

### VI

Plaintiff complaint through Numberous Sick-Calls About extreme pain in his finger And hand from the Broken Bones, for over 2-months, ~~Before~~

### VII

The DWCC Nurse's Joe And Bill of the Southside Cellblocks flatty Refused to adhere to Outside treating Doctor, prescribed treatments, And prescribed medication,

## VIII

Nurse's Joe and Bill removed cast of plaintiff hand and finger, thus now plaintiff Gerald William has a Deform Finger with No-Usage,

## IV

Prison Staff, Col. Nail and Warden Jerry Goodwin All know about Ladders & Saftey Rails are need in "All" Double Bunk Areas, but, their deliberate indifference and callous disregards for Safety, failed to protect Plaintiff Gerald Williams from injury that caused permanent damage by Broken Bones in hand, that was left untreated by Nurses at David Wade Correctional Center by Changing LSU Docoters Orders & treatments.

## Relief

1) That Safety Rails & ladders be placed in all Double Cells at DWCC,

2) That Gerald Williams be issued a permanent Duty Status for his injuries,

3) That plaintiff Gerald William be awarded $50,000.00 in punitive Damages from each Defendant,

4) That plaintiff Gerald Williams be awarded $50,000.00 in compenstaroy Damages from each Defendant,

5) That a jury Trial be held,

6) Plaintiff Gerald William also request any other Orders, Judgements, Decrees, Injunctions or Restraining Orders that he is entitled too in this matter by this Honorable Court.

Dated this 11 day of August 2015

Respectfully submitted

Gerald Williams #228185
Gerald Williams #228185